J. A. HEALY, ADMR. *v.* JAMES MOORE.

January Term, 1936.

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON and SHERBURNE, JJ.

Opinion filed October 6, 1936.

*Theriault & Hunt* and *Peter Giuliani* for the plaintiff.

*J. Ward Carver* and *Fred E. Gleason* for the defendant.

MOULTON, J.   The issues raised in this cause are the same as those passed upon in *Healy, Admr. of the Estate of William Donahue,* v. *James Moore, supra,* p. 324.   The two causes were tried together in County Court, and argued together before us. The result is the same in each instance.

*Judgment affirmed, and judgment that the cause of action arose from the wilful and malicious act or neglect of the defendant, and that he ought to be confined in close jail.   Let a certified execution issue.*